# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES | * |
| | * |
| v. | *     CRIM. NO. 20-724 |
| | * |
| Waleed Dozier | * |
| | * |
| ***** | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR DISTRICT COURT PROCEEDINGS

In accordance with Standing Order 2020-06, this Court finds:

**✓** That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

**✓** That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

Due to the COVID-19 pandemic, Defendant was unable to proceed in person without jeopardy to the Defendant and this Court. In order to proceed with Defendant's case in an efficient manner, the interests of justice require proceeding by video conference.

Accordingly, the proceeding(s) held on this date may be conducted by:

**✓** Video Teleconferencing

☐ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

☐ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

☐ Other:

Date: September 16, 2020

_____
Honorable Brian Martinotti
United States District Judge